[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-12230
_____

D. C. Docket No. 1:10-cv-00038-JRH-WLB

MARION RINKER,

Plaintiff-Appellant,

versus

COLUMBIA COUNTY BOARD OF EDUCATION,
COLUMBIA COUNTY SCHOOL SYSTEM,
DEPARTMENT OF TRANSPORATION,
CHARLES R. NAGLE,
Superintendent of Schools, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(May 21, 2013)

Before HULL, WILSON and FARRIS,* Circuit Judges.

_____

*Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by
designation.

PER CURIAM:

After full review and with the benefit of oral argument, we conclude that Plaintiff-Appellant Marion Rinker has demonstrated no reversible error in the district court's order granting summary judgment to the Defendants-Appellees, Columbia County Board of Education; Columbia County School System, Department of Transportation; Superintendent of Schools Charles R. Nagle; Dewayne Porter, Director of Transportation; Assistant Superintendent Robert Jarrell; Columbia County Board of Education Chairman Regina Buccafusco; Columbia County Board of Education Vice-Chairman Mike Sleeper; and Columbia County Board of Education Members Mildred Blackburn, Wayne Bridges, and Roxanne Whitaker.  We affirm the grant of summary judgment based on the district court's thorough and well-reasoned order dated March 29, 2012.

**AFFIRMED.**